CRIMINAL COMPLAINT
**(Electronically Submitted)**

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| **United States of America**<br>**v.**<br>**Jaime Espinoza**<br>DOB: 1984; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05978MJ |

Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)

On or about April 21, 2026, at or near Tucson, in the District of Arizona, **Jaime Espinoza,** knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is one (1) Springfield XD 9mm pistol; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On April 21, 2026, Tucson Police Department (TPD) Officers witnessed **Jaime ESPINOZA** standing near a street corner at a location in Tucson, Arizona. The officers knew that **ESPINOZA** had an active felony arrest warrant and made contact with him. Upon detaining **ESPINOZA**, officers searched him and located a Springfield XD 9mm pistol with serial number BK519920 in a holster on **ESPINOZA**'s person. After officers advised **ESPINOZA** of his Miranda rights, he waived them and admitted to knowingly possessing the pistol. ESPINOZA was also in possession of 19 rounds of ammunition.

A records check revealed that **ESPINOZA** has the following felony convictions the preceded his possession of the firearm: (1) Failure to Register as a Sexual Offender in Pima County Superior Court case numbers CR20033529 and CR20043051; (2) Failure to Register as a Sexual Offender in Maricopa County Superior Court case number 2008007006001D; (3) Second Degree Burglary in Pinal County Superior Court case number 201201754; and (4) Illegal Control of a Criminal Enterprise in Pinal County Superior Court case number 201901800. All are convictions for which a term of imprisonment is greater than one year. **ESPINOZA** has not had his rights restored.

An ATF interstate nexus expert performed a preliminary interstate nexus determination and determined that the Springfield XD 9mm pistol found on **ESPINOZA**'s person was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *M. Cassell* | SIGNATURE OF COMPLAINANT<br>Alexander Tisch<br><br>OFFICIAL TITLE<br>ATF Special Agent Alexander Tisch |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Lynnette C. Kimmins | DATE<br>April 24, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54